**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION**

| | | |
|---|---|---|
| ETHEL JEAN CHRISTIANSON, by<br>TRAVIS CHRISTIANSON, her power<br>of attorney | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| vs. | ) ) | Case No. |
| HEARTLAND-RIVERVIEW OF EAST<br>PEORIA IL (SNF),LLC incorrectly sued as<br>MANOR HEALTHCARE CORP d/b/a<br>RIVERVIEW SENIOR LIVING<br>COMMUNITY<br>Defendant. | ) ) ) ) ) ) | JURY DEMAND |

## NOTICE OF REMOVAL

NOW COMES, the Defendant, HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC incorrectly sued as MANOR HEALTHCARE CORP d/b/a RIVERVIEW SENIOR LIVING COMMNITY, by and through its attorneys McVEY & PARSKY, LLC, and pursuant to 28 U.S.C. §1332, 1441 and 1446, files this Notice of Removal to the United States District Court for the Central District of Illinois, from the Circuit Court of Tazewell County, Illinois, where the action is currently pending, and states that:

1.      The plaintiff filed a Complaint with the Circuit Court of the Tenth Judicial Circuit, Tazewell County, Illinois on July 18, 2008.  A copy of said Complaint is attached hereto and incorporated herein and identified as Exhibit 1.

2.      This Defendant was served with a copy of the Complaint on July 31, 2008. A copy of the proof of service is attached as Exhibit 2.

3.      On August 26, 2008 this Defendant filed its appearance and responsive pleadings.  Copies of said documents are attached as Exhibits 3 and 4.

4.      The Defendant is a Delaware limited liability company with its principle place of business in Toledo, Ohio.  See Exhibit 5, the Affidavit of Mary Brownell. The Plaintiff is not a resident of the State of Ohio.

5.      The Plaintiff's Complaint seeks recovery for various severe and permanent internal and external injuries and is seeking damages substantially in excess of the jurisdictional limit of the Circuit Court of Tazewell County. It is reasonable to assume that the sum in controversy exceeds $75,000, exclusive of interest and costs.

6.      This Court has original jurisdiction of this action, pursuant to 28 U.S.C. § 1332, and removal of the action from state court is proper pursuant to 28 U.S.C. §1441(a)

7.      This Notice of Removal was filed within thirty (30) days of the date of service.

8.      Written Notice of the Removal has been provided to Plaintiff's counsel and to the Clerk of the Circuit Court of Tazewell County, Illinois in compliance with 28 U.S.C. §1446(b).

8.      A copy of the process, pleadings and orders served upon this Defendant in the above captioned matter are attached hereto and identified as Exhibits 1 though 5.

WHEREFORE, the Defendant, HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC incorrectly sued as MANOR HEALTHCARE CORP d/b/a RIVERVIEW SENIOR LIVING COMMUNITY., respectfully requests that this action proceed in the

United States District Court for the Central District of Illinois as an action properly

removed from the State Court of Illinois.

<div style="margin-left: 40%;">

Respectfully submitted,

HEARTLAND-RIVERVIEW OF EAST
PEORIA IL (SNF), LLC

</div>

BY:    /s/ D. Timothy McVey
            D. Timothy McVey (6182134)
            One of its attorneys

McVEY & PARSKY, LLC
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Phone: 312/551-2130
Fax:    312/551-2131
Email: dtm@mcveyparsky-law.com

## CERTIFICATE OF SERVICE

      WE HEREBY CERTIFY that a true and correct copy of the foregoing has
been furnished to: Ronald Hanna, Hanna & Hanna, P.C., 411 Hamilton Blvd., Suite
1004, Peoria, IL 61602, by regular mail on August 27, 2008.

<div style="margin-left: 40%;">

McVEY & PARSKY, LLC
Attorney for Defendant
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
Tel:  (312) 551-2130
Fax:  (312) 551-2131
Email: dtm@mcveyparsky-law.com

</div>

By:    /s/ D. Timothy McVey
            D. Timothy McVey
            Illinois Bar #6182134

# EXHIBIT 1

Plaintiff's Complaint

## IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
## TAZEWELL COUNTY

| | | |
|---|---|---|
| ETHEL JEAN CHRISTIANSON, by<br>TRAVIS CHRISTIANSON,<br>her power of attorney, | ) <br> ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO: 08 L  −100 |
| MANOR HEALTHCARE, CORP d/b/a<br>RIVERVIEW SENIOR LIVING<br>COMMUNITY, | ) <br> ) <br> ) <br> ) | FILED |
| Defendant. | ) <br> ) | JURY DEMAND       JUL 1 8 2008 |

*Pam Gardner*
TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS

### COMPLAINT
### (Negligence)

NOW COMES the Plaintiff, ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney, and by her attorneys, HANNA & HANNA, P.C., and in support of her cause of action against the Defendant, MANOR HEALTHCARE, CORPORATION d/b/a RIVERVIEW SENIOR LIVING COMMUNITY, states as follows:

1.    That at all times relevant herein, the defendant, MANOR HEALTHCARE, CORPORATION d/b/a RIVERVIEW SENIOR LIVING COMMUNITY, was a private for-profit, long-term care facility doing business in the state of Illinois, County of Tazewell, city of East Peoria.

2.    That at all times relevant herein, the defendant was operating as a nursing home in the State of Illinois and was subject to the rules, regulations and liabilities set forth in 210 ILCS 45/1 *et seq.*, commonly known as the Nursing Home Care Act.

3.    That on or about February 15, 2008, the Plaintiff, Ethel Jean Christianson, a 56 year old female, was a resident at the Riverview Senior Living Community, East Peoria, IL, and was dependent on defendant's staff for care.

EXHIBIT

4.      That defendant is liable to any resident of its facility pursuant to 210 ILCS 45/3-601, commonly known as the Nursing Home Care Act, for any negligent act or omission of its agents or employees which injures the resident.

5.      That on the above-listed date and time, defendant negligently administered care to Plaintiff by overinflating a special air mattress bed designed to relieve pressure.

6.      That on the above-listed date and time, and as a direct and proximate result of the defendant's negligent overinflation of Plaintiff's mattress, the plaintiff fell from her bed causing her to fracture her left femur and tibia.

7.      That as a direct and proximate result of the acts or omissions of the defendant, Riverview Senior Living Community, the Plaintiff, Ethel Jean Christianson, was greatly injured, wounded and became sick, sore, lame and disordered and so remained for a long period of time and will in the future suffer great pain and was hindered and prevented from performing and transacting her affairs and also thereby was obligated to and did expend large sums of money in medical expenses and will require future medical attention and resultant expenses therefrom.

8.      That by reason of the above and by virtue of the provisions of 210 ILCS 45/3-601, the Plaintiff is entitled to recover her damages from defendant.

9.      That by virtue of the provisions and 210 ILCS 45/3-602, the Plaintiff is entitled to recover costs of this suit and attorney's fees from defendant.

WHEREFORE, Plaintiff, ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney, demands judgment against the defendant in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus her costs of suit.

PLAINTIFF DEMANDS A TRIAL BY JURY OF THIS CAUSE.

ETHEL JEAN CHRISTIANSON,
Plaintiff,

BY: _____
Ronald Hanna, One of her attorneys

HANNA & HANNA, P.C
411 Hamilton Blvd., Suite 1004
Peoria, Illinois 61602
Telephone:  (309) 676-3608
Fax: (309) 676-3219

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT OF ILLINOIS
TAZEWELL COUNTY

Ethel Jean Christianson, by            )
Travis Christianson, her Power         )
of attorney,                           )
                                       )
            Plaintiff,                 )
                                       )
      v.                               )        CASE NO: 08 L __ |00
                                       )
Riverview Senior Living Community,     )
                                       )                    FILED
            Defendant.                 )
                                                         JUL 1 8 2008

                           **AFFIDAVIT**

                                             Pam Gardner
                                      TAZEWELL COUNTY CIRCUIT CLERK
                                      TENTH JUDICIAL CIRCUIT OF ILLINOIS

      NOW COMES the Plaintiff, Ethel Jean Christianson, by Travis Christianson, her Power

of attorney, by his attorneys, HANNA & HANNA, P.C., and pursuant to Supreme Court Rule

222, depose and state that the total of money damages sought is an amount in excess of

$50,000.00 plus costs.

      Further Affiant Sayeth Not.

Dated:  7-15-08                         _____
                                                  Ronald Hanna

Subscribed and Sworn to before me this  15th  day of July, 2008.

                                        _____
                                        NOTARY PUBLIC

                        OFFICIAL SEAL
                     DIANE L. McPHERSON
                NOTARY PUBLIC - STATE OF ILLINOIS
                MY COMMISSION EXPIRES 4-23-2009

# EXHIBIT 2

Summons and Proof of Service

**CIRCUIT COURT OF THE** _____TENTH_____ **JUDICIAL CIRCUIT**

_____TAZEWELL_____ **COUNTY, ILLINOIS**

Ethel Jean Christianson, by
Travis Christianson, her power
of attorney,

      Plaintiff,

      v.

Manor Healthcare, Corp. d/b/a
Riverview Senior Living Community,

      Defendant.

No. ____08 L __ — ١ ٥ ٥

Sheriff of Cook County
    Please Serve:

CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**SUMMONS**

To each defendant:

    YOU ARE SUMMONED and required to file an answer in this case, or otherwise file your appearance, in the office of the clerk of this court within 30 days after service of this summons, not counting the day of service. IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT.

To the officer:

    This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so indorsed. This summons may not be served later than 30 days after its date.

WITNESS, _____JUL 18 2008_____

Plaintiff's Attorney (or plaintiff if he
is not represented by attorney)

Ronald Hanna – Hanna & Hanna, PC

_____

Address ____411 Hamilton Blvd., Suite 1004____

City ____Peoria, Illinois 61602____

Telephone ____309–676–3608____

_____
                           Clerk of court

(Seal of Court)

Location of Clerk's office:

Date of service: _____
    (To be inserted by officer on copy left with defendant)

EXHIBIT
2

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process Transmittal**
07/31/2008
CT Log Number 513696306

HCR ManorCare Received

| | |
|---|---|
| **TO:** | John Benavides, Sr. Attorney<br>HCR-ManorCare<br>333 N Summit St<br>Toledo, OH 43604-1531 |

**RE:** **Process Served in Illinois**

AUG − 4 2008

**FOR:** Manor Healthcare Corp. (Former Name) (Domestic State: DE)
ManorCare Health Services, Inc. (True Name)
*According to our records representation services for this entity have been discontinued in this jurisdiction.* Legal Department
Litigation

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Ethel Jen Christianson, etc., Pltf. vs. Manor Healthcare Corp., etc., Dft. |
| **DOCUMENT(S) SERVED:** | Summons, Sheriff's Return Form, Case Management Conference Notice, Complaint, Affidavit |
| **COURT/AGENCY:** | Tazewell County - 10th Judicial Circuit Court, IL<br>Case # 08 L 100 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - On or about 02/15/08 - Riverview Senior Living Community, East Peoria IL |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Chicago, IL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 07/31/2008 at 10:30 |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days after service, not counting the day of service - File Answer // 12/05/08 at 10:00 a.m. - Case Management Conference |
| **ATTORNEY(S) / SENDER(S):** | Ronald Hanna<br>Hanna & Hanna, P.C.<br>411 Hamilton Blvd.<br>Suite 1004<br>Peoria, IL 61602<br>309-676-3608 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via  Fed Ex 2 Day , 790061764455<br>Image SOP - Page(s): 7<br>Email Notification, Joy Donley JDONLEY@HCR-MANORCARE.COM |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:** | C T Corporation System<br>Tawana Carter<br>208 South LaSalle Street<br>Suite 814<br>Chicago, IL 60604 |
| **TELEPHONE:** | 312-345-4336 |

Page 1 of  1 / LV

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.



EXHIBIT
2

# EXHIBIT 3

Appearance

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

ETHEL JEAN CHRISTIANSON, )
by TRAVIS CHRISTIANSON, )
her power of attorney, )
)
                 Plaintiff )
) No.   08 L 100
vs. )
)
MANOR HEALTHCARE CORP d/b/a )
RIVERVIEW SENIOR LIVING )
COMMUNITY, )
)
                 Defendant )

FILED

AUG 2 6 2008

TAZEWELL COUNTY CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS

## **APPEARANCE**

The undersigned, as attorney, enters the appearance of Defendant:

***HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC,***
***incorrectly sued as MANOR HEALTHCARE CORP.,***
***d/b/a RIVERVIEW SENIOR LIVING COMMUNITY***

Daniel P. Kramer
One of its attorneys

McVEY & PARSKY, LLC
30 N. LaSalle Street
Suite 2100
Chicago, Illinois 60602
312-551-2130
312-551-2131 - Fax

     I certify that a copy of the within instrument was served on all parties who have
appeared and have not heretofore been found by the Court to be in default for failure to
plead.

Attorney for Defendant



EXHIBIT
3

# EXHIBIT 4

Responsive Pleadings

12198 DPK/DTM MC

IN THE CIRCUIT COURT OF THE TENTH JUDICIAL CIRCUIT
TAZEWELL COUNTY, ILLINOIS

ETHEL JEAN CHRISTIANSON,  )
by TRAVIS CHRISTIANSON,   )
her power of attorney,     )
            )
      Plaintiff  )
            )  No.  08 L 100
  vs.         )
            )
MANOR HEALTHCARE CORP d/b/a )
RIVERVIEW SENIOR LIVING   )
COMMUNITY,        )
            )
      Defendant )

**FILED**

AUG 2 6 2008

*[signature]*

TAZEWELL ... CIRCUIT CLERK
TENTH JUDICIAL CIRCUIT OF ILLINOIS

## ANSWER TO COMPLAINT

    NOW COMES the defendant, HEARTLAND-RIVERVIEW OF EAST PEORIA

IL (SNF), LLC, incorrectly sued as MANOR HEALTHCARE CORP., d/b/a

RIVERVIEW SENIOR LIVING COMMUNITY, by and through its attorneys, McVEY

& PARSKY, LLC, and in answer to plaintiff's Complaint at Law, states as follows:

    1.  That at all times relevant herein, the defendant, MANOR HEALTHCARE,

CORPORATION d/b/a RIVERVIEW SENIOR LIVING COMMUNITY, was a private

for-profit, long-term care facility doing business in the State of Illinois, County of

Tazewell, City of East Peoria.

   **ANSWER:**

     This defendant will admit that it was the licensee of the nursing home
     facility in question.  This defendant denies the remaining allegations of
     Paragraph No. 1.



EXHIBIT
4

2.      That at all times relevant herein, the defendant was operating as a nursing home in the State of Illinois and was subject to the rules, regulations and liabilities set forth in 210 ILCS 45/1 *et seq.*, commonly known as the Nursing Home Care Act.

**ANSWER:**

This defendant will admit that it was the licensee of the facility. This defendant will also admit that the Act referenced was in existence, but denies its applicability and denies any breach of said Act. This defendant denies the remaining allegations of Paragraph No. 2.

3.      That on or about February 15, 2008, the Plaintiff, Ethel Jean Christianson, a 56 year old female, was a resident at the Riverview Senior Living Community, East Peoria, IL, and was dependent on defendant's staff for care.

**ANSWER:**

This defendant will admit that Ethel Jean Christianson was a resident of the facility located at 500 Centennial Drive, East Peoria, Illinois 61611. This defendant denies the remaining allegations of Paragraph No. 3.

4.      That defendant is liable to any resident of its facility pursuant to 210 ILCS 45/3-601, commonly known as the Nursing Home Care Act, for any negligent act or omission of its agents or employees which injures the resident.

**ANSWER:**

This defendant will deny the allegations of Paragraph No. 4 to the extent that they inaccurately quote or paraphrase the Statute referenced. Further answering, this defendant will admit that the Statute referenced was in existence at the time referenced in the Complaint, but denies its applicability and denies any breach of said Statute.

5.      That on the above-listed date and time, defendant negligently administered care to Plaintiff by over inflating a special air mattress bed designed to relieve pressure.

**ANSWER:**

This defendant denies the allegations of Paragraph No. 5.

6.    That on the above-listed date and time, and as a direct and proximate result of the defendant's negligent over inflation of Plaintiff's mattress, the plaintiff fell from her bed causing her to fracture her left femur and tibia.

**ANSWER:**

This defendant denies the allegations of Paragraph No. 6.

7.    That as a direct and proximate result of the acts or omissions of the defendant, Riverview Senior Living Community, the Plaintiff, Ethel Jean Christianson, was greatly injured, wounded and became sick, sore, lame and disordered and so remained for a long period of time and will in the future suffer great pain and was hindered and prevented from performing and transacting her affairs and also thereby was obligated to and did expend large sums of money in medical expenses and will require future medical attention and resultant expenses therefrom.

**ANSWER:**

This defendant denies the allegations of Paragraph No. 7.

8.    That by reason of the above and by virtue of the provisions of 210 ILCS 45/3-601, the Plaintiff is entitled to recover her damages from defendant.

**ANSWER:**

This defendant denies the allegations of Paragraph No. 8.

9.    That by virtue of the provisions and 210 ILCS 45/3-602, the Plaintiff is entitled to recover costs of this suit and attorney's fees from defendant.

**ANSWER:**

This defendant denies the allegations of Paragraph No. 9.

WHEREFORE, Plaintiff, ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney, demands judgment against the defendant in an amount in excess of FIFTY THOUSAND ($50,000.00) DOLLARS plus her costs of suit.

**WHEREFORE,** the defendant, HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC, incorrectly sued as MANOR HEALTHCARE CORP., d/b/a RIVERVIEW SENIOR LIVING COMMUNITY, denies that plaintiff, ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney, is entitled to a judgment in any sum whatsoever.

Respectfully submitted,

HEARTLAND-RIVERVIEW OF EAST
PEORIA IL (SNF), LLC

By:    _____
Daniel P. Kramer
One of its attorneys

McVEY & PARSKY, LLC
30 North LaSalle Street
Suite 2100
Chicago, IL 60602
312/551-2130
312/551-2131 – Fax

4

# EXHIBIT 5

Affidavit of Mary Brownell

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| ETHEL JEAN CHRISTIANSON, by )<br>TRAVIS CHRISTIANSON, her power )<br>of attorney )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>HEARTLAND-RIVERVIEW OF EAST )<br>PEORIA IL (SNF),LLC incorrectly sued as )<br>MANOR HEALTHCARE CORP d/b/a )<br>RIVERVIEW SENIOR LIVING )<br>COMMUNITY )<br>Defendant. ) | Case No. |

## AFFIDAVIT OF MARY BROWNELL

I, MARY BROWNELL, being first duly sworn, am competent to testify to the facts contained in this Affidavit in that I have personal knowledge of the following:

1.    I am a Corporate Paralegal for Heartland Employment Services, LLC. In that capacity, I have provided legal assistant services for ManorCare Health Services, Inc. and Health Care and Retirement Corporation of America. Because of my involvement in this position, I have personal knowledge of the facts stated in this Affidavit.

2.    Heartland-Riverview of East Peoria IL (SNF), LLC is the current licensee of the nursing home facility located at 500 Centennial Drive, East Peoria, IL 61611.

3.    Heartland-Riverview of East Peoria IL (SNF), LLC. is a Delaware limited liability company with its principle place of business in Toledo, Ohio.

4.    Heartland-Riverview of East Peoria IL (SNF), LLC is the successor-in-interest to the former licensee, ManorCare Health Services, Inc., formerly known as Manor Healthcare Corp.

5.    ManorCare Health Services, Inc. fka Manor Healthcare Corp. is no longer the licensee of the nursing home facility located at 500 Centennial Drive, East Peoria, IL 61611.



EXHIBIT
5

AFFIANT FURTHER SAYETH NOT.

Date: 8/25/08

_Mary Brull_
Mary Brownell

Subscribed and sworn to before me
this 25ᵗʰ day of August 2008.

_Lisa A. Taylor_
Notary Public

NOTARIAL SEAL
STATE OF OHIO

LISA A. TAYLOR
Notary Public, State of Ohio
My Commission Expires 01/26/2010

2

**E-FILED**
Thursday, 28 August, 2008  02:22:10 PM
Clerk, U.S. District Court, ILCD

## CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form isrequired for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

Ethel Jean Christianson, by Travis Christianson, her power of attorney

**DEFENDANTS**

Heartland-Riverview of East Peoria IL (SNF), LLC

**(b)** County of Residence of First Listed Plaintiff   Tazewell
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Ronald Hanna of Hanna & Hanna, P.C.
411 Hamilton Blvd., Suite 1004
Peoria, IL  61602        Telephone:  309/676-3608

Attorneys (If Known)

D. Timothy McVey of McVey & Parsky, LLC
30 North LaSalle Street, Suite 2100
Chicago, IL  60602        Telephone:  312/551-2130

### II. BASIS OF JURISDICTION     (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question (U.S. Government Not a Party)
- [X] 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES(Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                                            and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [X] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [X] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

### IV. NATURE OF SUIT     (Place an "X" in One Box Only)

**CONTRACT**
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (excl. vet.)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [ ] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

**TORTS**

*PERSONAL INJURY*
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Inj.

*PERSONAL INJURY*
- [X] 362 Personal Injury— Med. Malpractice
- [ ] 365 Personal Injury — Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
- [ ] 610 Agriculture
- [ ] 620 Other Food & Drug
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 630 Liquor Laws
- [ ] 640 R.R. & Truck
- [ ] 650 Airline Regs.
- [ ] 660 Occupational Safety/Health
- [ ] 690 Other

**LABOR**
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Mgmt. Relations
- [ ] 730 Labor/Mgmt.Reporting & Disclosure Act
- [ ] 740 Railway Labor Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 840 Trademark

**SOCIAL SECURITY**
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

**FEDERAL TAX SUITS**
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce/ICC Rates/etc.
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit
- [ ] 490 Cable/Satellite TV
- [ ] 810 Selective Service
- [ ] 850 Security/Commodity/Exch.
- [ ] 875 Customer Challenge 12 USC 3410
- [ ] 891 Agricultural Acts
- [ ] 892 Economic Stabilization Act
- [ ] 893 Environmental Matters
- [ ] 894 Energy Allocation Act
- [ ] 895 Freedom of Information Act
- [ ] 900 Appeal of Fee Determination Under Equal Access to Justice
- [ ] 950 Constitutionality of State Statutes
- [ ] 890 Other Statutory Actions

**REAL PROPERTY**
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

**CIVIL RIGHTS**
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 444 Welfare
- [ ] 445 ADA —Employment
- [ ] 446 ADA — Other
- [ ] 440 Other Civil Rights

**PRISONER PETITIONS**
- [ ] 510 Motions to Vacate Sentence
- Habeas Corpus:
- [ ] 530 General
- [ ] 535 Death Penalty
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition

### V. ORIGIN     (PLACE AN "X" IN ONE BOX ONLY)

- [ ] 1 Original Proceeding
- [X] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

28 USC 1332, 1441, 1446

### VII. PREVIOUS BANKRUPTCY MATTERS (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter previously adjudicated by a judge of this Court. Use a separate attachment if necessary)

### VIII. REQUESTED IN COMPLAINT:

- [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:  [X] Yes  [ ] No

**IX. This case**

- [X] is not a refiling of a previously dismissed action.
- [ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE  08/27/2008

SIGNATURE OF ATTORNEY OF RECORD

/s/ D. Timothy McVey (#6182134)