AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney

**APPEARANCE**

v.

HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC, incorrectly sued as MANOR HEALTHCARE CORP d/b/a RIVERVIEW SENIOR LIVING COMMUNITY

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC, incorrectly sued as MANOR HEALTHCARE CORP d/b/a RIVERVIEW SENIOR LIVING COMMUNITY

JURY DEMAND

I certify that I am admitted to practice in this court.

| 8/27/2008 | /s/ D. Timothy McVey |
|---|---|
| Date | Signature |

| D. Timothy McVey | 6182134 |
|---|---|
| Print Name | Bar Number |

McVey & Parsky, LLC, 30 N. LaSalle Street, Suite 2100
Address

| Chicago | IL | 60602 |
|---|---|---|
| City | State | Zip Code |

| (312) 551-2130 | (312) 551-2131 |
|---|---|
| Phone Number | Fax Number |

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: Ronald Hanna, Hanna & Hanna, P.C., 411 Hamilton Blvd., Suite 1004, Peoria, IL 61602, by regular mail on August 27, 2008.

                                            McVEY & PARSKY, LLC
                                            Attorney for Defendant
                                            30 North LaSalle Street
                                            Suite 2100
                                            Chicago, IL  60602
                                            Tel:  (312) 551-2130
                                            Fax:  (312) 551-2131
                                            Email:  dtm@mcveyparsky-law.com


By:    /s/ D. Timothy McVey
          D. Timothy McVey
          Illinois Bar #6182134