E-FILED
Thursday, 28 August, 2008  02:30:01 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS, PEORIA DIVISION

| | |
|---|---|
| ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney | ) ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Case No. ) |
| HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF),LLC incorrectly sued as MANOR HEALTHCARE CORP d/b/a RIVERVIEW SENIOR LIVING COMMUNITY | ) ) JURY DEMAND ) ) ) |
| Defendant. | ) |

**FRCP 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure Rule 7.1,

1.    HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC states that no corporation owns 10% or more of its stock.

Respectfully submitted,

HEARTLAND-RIVERVIEW OF EAST PEORIA IL (SNF), LLC

BY:    /s/ D. Timothy McVey
       D. Timothy McVey (6182134)
       One of its attorneys

McVEY & PARSKY, LLC
30 North LaSalle Street
Suite 2100
Chicago, IL  60602
Phone: 312/551-2130
Fax:    312/551-2131
Email: dtm@mcveyparsky-law.com

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to: Ronald Hanna, Hanna & Hanna, P.C., 411 Hamilton Blvd., Suite 1004, Peoria, IL 61602, by regular mail on August 27, 2008.

                McVEY & PARSKY, LLC
Attorney for Defendant
30 North LaSalle Street
Suite 2100
Chicago, IL  60602
Tel: (312) 551-2130
Fax: (312) 551-2131
Email: dtm@mcveyparsky-law.com

By:    /s/ D. Timothy McVey
      D. Timothy McVey
      Illinois Bar #6182134