E-FILED
Wednesday, 03 September, 2008  01:35:07 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| **ETHEL JEAN CHRISTIANSON,** by **TRAVIS CHRISTIANSON,** her power of attorney, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case. No. 08-cv-01213<br>) |
| **HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC,** | )<br>)<br>) |
| Defendant. | ) |

## MOTION FOR LEAVE TO FILE AMENDED COMPLAINT

NOW COMES the Plaintiff, ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney, and by her attorneys, HANNA & HANNA, P.C., and in support of her Motion for Leave to File Amended Complaint against HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC, states as follows:

1.  That Plaintiff filed a complaint in the Circuit Court of the Tenth Judicial Circuit, Tazewell County, Illinois on July 18, 2008, alleging that the Plaintiff was injured due to negligently administered care by Riverview Senior Living Community Riverview in East Peoria, Illinois, while Plaintiff was under the care of said facility.

2.  That the complaint named the defendant as MANOR HEALTHCARE, CORPORATION d/b/a RIVERVIEW SENIOR LIVING COMMUNITY.

3.  That the defendant, HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC, filed an Answer on August 26, 2008, wherein it admitted that it was the licensee of the nursing home facility that is the subject of the complaint and further indicated that the Plaintiff had

"incorrectly sued" MANOR HEALTHCARE CORP.

4. That on August 28, 2008, defendant HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC, filed its Notice of Removal of this action to the United States District Court for the Central District of Illinois.

5. That defendant attached an affidavit to its Notice of Removal, wherein it asserted that Heartland-Riverview of East Peoria, Illinois, is the licensee of the nursing home facility that is the subject matter of the instant litigation.

6. That amendment of the complaint is necessary to correct a misnomer admitted by the defendant.

7. That such amendment is necessary to conform the facts to law

                Respectfully submitted,
                ETHEL JEAN CHRISTIANSON,
                Plaintiff,

                    /s/ Ronald L. Hanna
                BY:_____
                  Ronald Hanna, One of her attorneys

HANNA & HANNA, P.C
411 Hamilton Blvd., Suite 1004
Peoria, Illinois 61602
Telephone: (309) 676-3608
Fax: (309) 676-3219

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    D Timothy McVey, MCVEY & PARSKY, Suite 2100, 30 N. LaSalle St., Chicago, IL 60602 (Counsel for Defendant)

    s/ Ronald L. Hanna

    Ronald L. Hanna
    Attorney for Defendant
    411 Hamilton Blvd, Suite 1004
    Peoria, Illinois 61602
    Phone: 309/676-3608
    FAX: 309/676-3219
    Email: lenhanna@sbcglobal.net

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney,<br><br>Plaintiff,<br><br>vs.<br><br>HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC,<br><br>Defendant. | Case. No. 08-cv-01213 |

## AMENDED COMPLAINT
### (Negligence)

NOW COMES the Plaintiff, ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney, and by her attorneys, HANNA & HANNA, P.C., and in support of her cause of action against the Defendant, HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC, states as follows:

1.  That at all times relevant herein, the defendant, Heartland-Riverview of East Peoria, IL (SNF), LLC, was the licensee of a certain nursing home facility located at 500 Centennial Drive, East Peoria, IL 61611.

2.  That at all times relevant herein, the nursing home facility located at 500 Centennial Drive, East Peoria, IL 61611, was a private for-profit, long-term care facility doing business in the State of Illinois, County of Tazewell, city of East Peoria, doing business as ("d/b/a") "Riverview Senior Living Community."

3.  That at all times relevant herein, the defendant was operating as a nursing home in the State of Illinois and was subject to the rules, regulations and liabilities set forth in 210 ILCS 45/1

*et seq.*, commonly known as the Nursing Home Care Act.

4.    That on or about February 15, 2008, the Plaintiff, Ethel Jean Christianson, a 56 year old female, was a resident at the Riverview Senior Living Community, East Peoria, IL, and was dependent on defendant's staff for care.

5.    That defendant is liable to any resident of its facility pursuant to 210 ILCS 45/3-601, commonly known as the Nursing Home Care Act, for any negligent act or omission of its agents or employees which injures the resident.

6.    That on the above-listed date and time, defendant negligently administered care to Plaintiff by overinflating a special air mattress bed designed to relieve pressure.

7.    That on the above-listed date and time, and as a direct and proximate result of the defendant's negligent overinflation of Plaintiff's mattress, the Plaintiff fell from her bed causing her to fracture her left femur and tibia.

8.    That as a direct and proximate result of the acts or omissions of the defendant, Heartland-Riverview of East Peoria, IL (SNF), LLC, d/b/a Riverview Senior Living Community, the Plaintiff, Ethel Jean Christianson, was greatly injured, wounded and became sick, sore, lame and disordered and so remained for a long period of time and will in the future suffer great pain and was hindered and prevented from performing and transacting her affairs and also thereby was obligated to and did expend large sums of money in medical expenses and will require future medical attention and resultant expenses therefrom.

9.    That by reason of the above and by virtue of the provisions of 210 ILCS 45/3-601, the Plaintiff is entitled to recover her damages from defendant.

10.    That by virtue of the provisions and 210 ILCS 45/3-602, the Plaintiff is entitled to recover costs of this suit and attorney's fees from defendant.

WHEREFORE, Plaintiff, ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney, requests that judgment be entered in her favor and against the defendant for the following relief:

A.  Award damages to Christianson in an amount in excess of SEVENTY-FIVE THOUSAND ($75,000.00) DOLLARS plus her costs of suit.

B.  Award all costs and attorney's fees pursuant to 210 ILCS 45/3-602.

PLAINTIFF DEMANDS A TRIAL BY JURY OF THIS CAUSE.

                                                Respectfully submitted,
                                                ETHEL JEAN CHRISTIANSON,
                                                Plaintiff,

                                                    /s/ Ronald L. Hanna
                                          BY:_____
                                              Ronald Hanna, One of her attorneys

HANNA & HANNA, P.C
411 Hamilton Blvd., Suite 1004
Peoria, Illinois 61602
Telephone: (309) 676-3608
Fax: (309) 676-3219