UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney,<br><br>       Plaintiff,<br><br>  vs.<br><br>HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC,<br><br>       Defendant. | Case. No. 08-cv-01213 |

## CERTIFICATE OF INTEREST

The undersigned, counsel of record for Plaintiff, Ethel Jean Christianson, by Travis Christianson, her power of attorney, furnishes the following in compliance with Rule 11.3 of this Court.

1. The full name of every party or amicus the attorney represents in the case:

    Ethel Jean Christianson, by Travis Christianson, her power of attorney.

2. Said party is not a corporation.

3. The names of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case. HANNA & HANNA, P.C.

DATE:  September 3, 2008

By: /s/ Ronald L. Hanna
Ronald L. Hanna, One of plaintiff's attorneys

HANNA & HANNA, P.C.
411 Hamilton Blvd, Suite 1004
Peoria, Illinois 61602
Phone: 309/676-3608
FAX: 309/676-3219
Email: lenhanna@sbcglobal.net

**CERTIFICATE OF SERVICE**

I hereby certify that on September 3, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    D Timothy McVey, MCVEY & PARSKY, Suite 2100, 30 N. LaSalle St., Chicago, IL 60602 (Counsel for Defendant)

                                          s/ Ronald L. Hanna

                                          Ronald L. Hanna
                                          Attorney for Defendant
                                          411 Hamilton Blvd, Suite 1004
                                          Peoria, Illinois 61602
                                          Phone: 309/676-3608
                                          FAX: 309/676-3219
                                          Email: lenhanna@sbcglobal.net