.UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| ETHEL JEAN CHRISTIANSON, by TRAVIS CHRISTIANSON, her power of attorney,<br><br>    Plaintiff,<br><br>    vs.<br><br>HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS (SNF) LLC,<br><br>    Defendant. | Case. No. 08-cv-01213 |

## STIPULATION FOR DISMISSAL

COME NOW the parties hereto and stipulate that the cause of action herein has been fully settled and compromised, and the parties hereby dismiss with prejudice each and every claim herein, each party to bear its own costs.

Dated this 19th day of July, 2011.

| | |
|---|---|
| ETHEL CHRISTIANSON, by her power of attorney, TRAVIS CHRISTIANSON, Plaintiff, | HEARTLAND-RIVERVIEW OF EAST PEORIA, ILLINOIS, LLC, Defendant, |
| By:   s/ Ronald L. Hanna | By:   s/ Daniel P. Kramer |
| HANNA & HANNA, P.C.<br>411 Hamilton Blvd., Suite 1908<br>Peoria, Illinois 61602<br>Phone: 309/676-3608<br>FAX: 309/676-3219<br>Email: lenhanna@sbcglobal.net | MCVEY & PARSKY LLC<br>Suite 2100<br>30 N. LaSalle St.<br>Chicago, Illinois 60602<br>Phone: 312/551-2130<br>FAX: 312/551-2131<br>Email: dtm@mcveyparsky-law.com |

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of July , I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

D Timothy McVey, MCVEY & PARSKY, Suite 2100, 30 N. LaSalle St., Chicago, IL 60602 (Counsel for Defendant)

s/ Ronald L. Hanna

Ronald L. Hanna
Attorney for Defendant
411 Hamilton Blvd, Suite 1908
Peoria, Illinois 61602
Phone: 309/676-3608
FAX: 309/676-3219
Email: lenhanna@sbcglobal.net